(November 17, 1978)

■ In the Matter of WILLIAM R. MURRAY, as a Justice of the Supreme

Court, Petitioner.—Petition, pursuant to section 25 of the Judiciary Law, for retirement as a Justice of the Supreme Court in the Third Judicial District for disability, granted, and resignation accepted. Petitioner's illness and physical infirmities render him incapacitated to perform the duties of his office. An order is directed to be entered retiring petitioner from office. Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.